IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROWN & BROWN, INC., BROWN & BROWN OF PENNSYLVANIA, INC. and GRINSPEC, INC. : : : : : : Plaintiffs, : : v. : : ROBERT COLA, RYAN TOLA, and DOYLE ALLIANCE GROUP, : : Defendants. : | CIVIL ACTION NO. 10-3898 |

## ORDER

**AND NOW**, this *22nd* day of *December*, 2010, upon consideration of the Motion by Plaintiffs Brown & Brown, Inc., Brown & Brown of Pennsylvania, Inc., and Grinspec, Inc. to Dismiss the Counterclaims of Defendants Robert Cola and Ryan Tola (Docket No. 47), the Response of Defendant Ryan Tola (Docket No. 52), and the Response of Defendant Robert Cola (Docket No. 53), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.