## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROWN & BROWN, INC., BROWN & BROWN OF PENNSYLVANIA, INC. and GRINSPEC, INC. | : : : : : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| ROBERT COLA, RYAN TOLA, and DOYLE ALLIANCE GROUP, | : : : | NO. 10-3898 |
| Defendants. | : | |

# ORDER

**AND NOW**, this 23rd day of *March*, 2011, upon consideration of **(1)** Defendant Ryan Tola's Motion for Summary Judgment (Docket No. 60), the Response of Plaintiffs Brown & Brown, Inc., Brown & Brown of Pennsylvania, Inc., and Grinspec, Inc. (collectively "Plaintiffs") (Docket No. 75), Defendant Tola's Reply Brief (Docket No. 83), and Plaintiffs' Sur-reply Brief (Docket No. 91); and **(2)** Defendant Robert Cola's Motion for Summary Judgment (Docket No. 79) and Plaintiffs' Response (Docket No. 88), it is hereby **ORDERED** that the Motions are **DENIED** as follows:

1. Defendant Tola's request to dismiss the Lanham Act, and Defendant Cola's joinder in that request, are **DENIED**;

2. The remainder of both Defendant Tola's Motion for Summary Judgment and Defendant Cola's Motion for Summary Judgment are **DENIED WITHOUT PREJUDICE** to re-filing upon the close of discovery.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.