# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROWN & BROWN, INC., et al., | : | |
| BROWN & BROWN OF | : | |
| PENNSYLVANIA, INC. and GRINSPEC, | : | |
| INC. | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT COLA, RYAN TOLA, and | : | NO. 10-3898 |
| DOYLE ALLIANCE GROUP, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of June, 2011, it is hereby **ORDERED** that Plaintiffs' Motion for Preliminary Injunction (Docket No. 5) is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.