IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROWN & BROWN, INC., | : | |
| BROWN & BROWN OF | : | |
| PENNSYLVANIA, INC. and GRINSPEC, | : | |
| INC. | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT COLA, RYAN TOLA, and | : | NO. 10-3898 |
| DOYLE ALLIANCE GROUP, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this *13th* day of *July*, 2011, upon consideration of Defendant Robert Cola's Motion for Leave to Amend Counterclaims Pursuant to Federal Rule of Civil Procedure 15(a)(2) (Docket No. 101) and the Response of Plaintiffs Brown & Brown, Inc., Brown & Brown of Pennsylvania, Inc., and Grinspec, Inc. (Docket No. 104), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Defendant Cola's Motion for Leave to include a breach of contract action against Brown & Brown, Inc. and Brown & Brown of Pennsylvania, Inc. is **DENIED**;

2. Defendant Cola's Motion for Leave to include a claim for recovery of attorneys' fees pursuant to Section 35(a) of the Lanham Act is **GRANTED**.

3. Within fifteen (15) days from the date of this Order, Defendant Cola shall file an Amended Counterclaim reflecting the changes allowed and disallowed by this Order.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.