IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROWN & BROWN, INC., BROWN & BROWN OF PENNSYLVANIA, INC. and GRINSPEC, INC. : : : : : : Plaintiffs, : : v. : : ROBERT COLA, RYAN TOLA, and : DOYLE ALLIANCE GROUP, : : Defendants. : | CIVIL ACTION<br><br><br>NO. 10-3898 |

**ORDER**

AND NOW, this **20th** day of *September*, 2011, upon consideration of the Motion by Defendants Robert Cola, Ryan Tola, and Doyle Alliance Group to Strike Plaintiffs' Demand for a Jury Trial (Docket No. 120) and the Response of Plaintiffs Brown & Brown, Inc., Brown & Brown of Pennsylvania, and Grinspec, Inc. (Docket No. 125), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. With respect to Counts IV, X–XI as against only Defendants Tola and Cola, and XIII–XV as against only Defendants Tola and Cola, the Motion is **GRANTED**;

2. With respect to Counts I–III, VII, VIIII, IX, X–XI as against only Defendant Doyle Alliance Group, and XIII–XV as against only Defendant Doyle Alliance Group, the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.