IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BROWN & BROWN, INC.,
BROWN & BROWN OF
PENNSYLVANIA, INC. and GRINSPEC,
INC.
: CIVIL ACTION
      Plaintiffs,

v.

ROBERT COLA, RYAN TOLA, and
DOYLE ALLIANCE GROUP,
: NO. 10-3898

      Defendants.

## ORDER

AND NOW, this 20th day of *September*, 2011, upon consideration of the Motion by Defendants Robert Cola, Ryan Tola, and Doyle Alliance Group to Strike Plaintiffs' Demand for a Jury Trial (Docket No. 120) and the Response of Plaintiffs Brown & Brown, Inc., Brown & Brown of Pennsylvania, and Grinspec, Inc. (Docket No. 125), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. With respect to Counts IV, X–XI as against only Defendants Tola and Cola, and XIII–XV as against only Defendants Tola and Cola, the Motion is **GRANTED**;

2. With respect to Counts I–III, VII, VIIII, IX, X–XI as against only Defendant Doyle Alliance Group, and XIII–XV as against only Defendant Doyle Alliance Group, the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.